UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60027-CR-ZLOCH/SNOW

UNITED STATES OF AMERICA,

v.

EVERETT ECHOLS,

        Defendant.

---

### ORDER ON
### DEFENDANT ECHOLS' MOTION FOR TRAVEL FUNDS
### AND SUBSISTENCE PURSUANT TO 18 U.S.C. § 4285

THIS CAUSE, having come before the Court upon Defendant, EVERETT ECHOLS' motion for travel funds and subsistence pursuant to 18 U.S.C. § 4285 and after being duly advised of the premises thereon it is hereby ORDERED and ADJUDGED that the motion is GRANTED.

The U.S. Marshals Service shall, pursuant to 18 U.S.C. § 4285, provide means of transportation and subsistence for Defendant Everett Echols of 1307 Marboro Drive, Greensboro, NC 27406 to the United States Courthouse, 299 E. Broward Blvd., Fort Lauderdale, Florida on Monday, October 15, 2007 at 9:00 a.m. for trial.

Done and Ordered this 4th day of October, 2007 in Fort Lauderdale, Florida.

                              LURANA S. SNOW
                              UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Ellen Cohen (WPB)
Richard Della Fera

U.S. Marshal (FTL)